UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| BONNIE BRADBERRY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 1:11-cv-797-E |
| | ) | |
| | ) | |
| GC SERVICES LIMITED PARTNERSHIP | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## <u>NOTICE OF VOLUNTARY DISMISSAL</u>

BONNIE BRADBERRRY (Plaintiff), by the undersigned counsel, and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions – Voluntary Dismissal By Plaintiff Without Court Order) voluntary dismisses, with prejudice, GC SERVICES LIMITED PARTNERSHIP (Defendant), in this case.

Both sides to bear their own costs and expenses.

This 7th day of June, 2011.

ALEX SIMANOVSKY & ASSOCIATES LLC

_____*/s/ Alex Simanovsky*_____
Alex Simanovsky, Esq.
GA Bar No. 646874
Alex Simanovsky & Associates, LLC
2300 Henderson Mill Road
Suite 300
Atlanta, GA 30345
(770) 414-1002
alex@fdcpalawyeronline.com

*Attorney for Plaintiff*